NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHERYL SAUNDERS and DAVID )
SAUNDERS, her husband, )
                                     )
           Appellants, )
                                     )
v.                                  )      Case No. 2D17-706
                                     )
RAFAEL CHRISTOPHER HACISKI, M.D., )
                                     )
           Appellee. )
_____ )

Opinion filed April 27, 2018.

Appeal from the Circuit Court for Collier
County; Sherra Winesett, Senior Judge.

Harvey J. Sepler, Hollywood, for
Appellants.

Ilisa W. Hoffman of Hoffman Fabano, P.A.,
Coral Gables; and Mark Hicks and Dinah
Stein of Hicks, Porter, Ebenfeld & Stein,
P.A., Miami, for Appellee.

PER CURIAM.

           Affirmed.

NORTHCUTT, KELLY, and MORRIS, JJ., Concur.